*Evans Crary* and *Smith & Kanner,* for Plaintiffs in Error.

*J. Franklin Garner,* for Defendant in Error.

Edna Ehmann, Appellant, v. Otto Ehman, Appellee.

*Wallace & Hunter, Waller & Meginniss* and *Hawthorne & Morehead,* for Appellant.

*Walsh, Beckham & Ellis,* for Appellee.

R. H. Gibson, Appellant, v. Claudia Gibson, Appellee.

*William Blount Myers,* for Appellant.

*Clyde W. Gregory,* for Appellee.

Fred Shamby, Plaintiff in Error, v. State of Florida, Defendant in Error.

*Thomas D. Beasley,* for Plaintiff in Error.

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant for the State.

Mahlon Hulst, Plaintiff in Error, v. State of Florida, Defendant in Error.